Sonia A. Montalbano, OSB No. 97082
John D. Ostrander, OSB No. 87394
ELLIOTT, OSTRANDER & PRESTON, PC
707 SW Washington, Suite 1500
Portland, OR  97205
Telephone (503) 224-9867
Fax (503) 224-7819
sonia@eoplaw.com
john@eoplaw.com
Attorneys for Plaintiff Timothy Marsh

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **TIMOTHY MARSH,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HILLSBORO BODY AND PAINT, LLC,** an Oregon limited liability company, and **FLORIAN ADRIAN PERTE, an individual**<br><br>    **Defendants**. | Case No.  **3:16-cv-02215-MO**<br><br> **STIPULATED     GENERAL JUDGMENTOFDISMISSAL** |

Based on the stipulation of the parties appearing below, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice and

**1 | [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL**

without costs to any party.

DATED this 30th day of March, 2018.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: March 30, 2018. | /s/ *Sonia A. Montalbano* <br> Sonia A. Montalbano, OSB No. 97082 <br> Of Attorneys for Plaintiff Timothy Marsh |
| Dated: March 30, 2018. | /s/ *Craig R. Berne* <br> Craig R. Berne, OSB No. 87402 <br> Attorney for Defendants Hillsboro Body & Paint, LLC and Florian Adrian Perte, individually. |
| Dated: April 3, 2018 | /s/ Michael W. Mosman <br> Hon. Michael W. Mosman |

**2 | [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **AMENDED NOTICE OF DEPOSITION OF FLORIAN ADRIAN PERTE** on:

Craig Berne
Harris Berne Christensen LLP,
5000 SW Meadows Rd. Ste. 400
Lake Oswego, OR 97035

[X]   by mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Portland, Oregon.

[ ]   by hand delivering to said attorney(s) a true copy thereof.

[ ]   by faxing to said attorney(s) a true copy thereof.

[X]   by emailing to said attorney(s) a true copy thereof.

[ ]   by electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 15th day of June, 2017

ELLIOTT, OSTRANDER & PRESTON, P.C.

**3 | [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL**

By _____
    Sonia A. Montalbano, OSB No. 97082
    John D. Ostrander, OSB No. 87394
    Of Attorneys for Plaintiff

**4 | [PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL**